UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SARA SOLOMON AND MARTIN L. SOLOMON,

                   Plaintiffs,

    -against-

875 TENANT CORP., DOUGLAS ELLIMAN
LLC, and BROWN HARRIS STEVENS
RESIDENTIAL MANAGEMENT, LLC,

                   Defendants.

-------------------------------------------------------------x

09 civ 9075 (CM)

Civil Action No.
09-CIV-9075 (CM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/09

## [PROPOSED] ORDER TO AMEND CAPTION

Having considered the papers filed in support of Defendants' Motion to Amend Caption pursuant to Fed. R. Civ. P. 4(a) and 10(a), it is hereby

ORDERED that Residential Management Group, LLC d/b/a/ Douglas Elliman Property Management shall replace Douglas Elliman LLC as a named defendant in this action, and every pleading shall bear the following caption:

-------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARA SOLOMON AND MARTIN L. SOLOMON,

                   Plaintiffs,

    -against-

875 TENANT CORP., RESIDENTIAL
MANAGEMENT GROUP, LLC d/b/a DOUGLAS
ELLIMAN PROPERTY MANAGEMENT and
BROWN HARRIS STEVENS RESIDENTIAL
MANAGEMENT, LLC,

                   Defendants.

-------------------------------------------------------------x

Civil Action No.
09-CIV-9075 (CM)

IT IS SO ORDERED.

Dated: This 19 day of November, 2009

Hon. Colleen McMahon
United States District Judge